466 A.2d 725

Commonwealth v. Zook, Appellant.

Petition for Allowance of Appeal
Denied Jan. 20, 1984.

Submitted July 27, 1983. Thomas G. Klingensmith, Assistant Public Defender, for appellant; Edward F. Browne, Jr., Assistant District Attorney, for Commonwealth, appellee.

Before ROWLEY, BECK and MONTEMURO, JJ.

Judgment of sentence affirmed.